FILED
October 17, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 05-0304-PAN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DONALD SAUER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DONALD SAUER, Case No. MAG. 05-0304-PAN, Charge, Manufacture of 100 or more marijuana plants, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

✓    Unsecured Appearance Bond ($200,000.000)

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety - Within 30 days

___   Corporate Surety Bail Bond

✓    (Other)     Special Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 17, 2005  at  2:30 p.m.  .

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge